1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   MONICA L. MILLER
4  Assistant United States Attorney
   California State Bar #157695
5       Room 7516, Federal Building
        300 North Los Angeles Street
6       Los Angeles, CA 90012
        Telephone:(213) 894-4061
7       Facsimile:(213) 894-7819
        Email: monica.miller@usdoj.gov
8
   Attorneys for Defendant
9  United States of America

10                  UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                        WESTERN DIVISION

13

14  MICHAEL GOMEZ,                    )   CASE NO. CV-12-3850 AJW
                                      )
15                                    )
        Plaintiff,                    )
16                                    )
        v.                            )
17                                    )   **ORDER DISMISSING**
                                      )
18  UNITED STATES OF AMERICA, and)        **ACTION WITH PREJUDICE**
    DOES 1 TO 10, INCLUSIVE,          )
19                                    )
        Defendants.                   )
20  _____)

21
        Plaintiff, Michael Gomez, and Defendant, United States of America, filed a
22
   Stipulation for Compromise Settlement and Dismissal of this action.  Accordingly,
23
        IT IS HEREBY ORDERED:
24
        1.    Plaintiff's  action is dismissed with prejudice in its entirety;
25
        2.    Each party shall bear its own costs of suit and fees; and
26
   ///
27
   ///
28

1      3.  The Court retains jurisdiction pending payment of the settlement.

2

3      DATED:     5/22/2013

4

5

6                                        ANDREW J. WISTRICH
                                         UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         2